NOS









NOS. 12-07-00435-CR

         
12-07-00436-CR

         
12-07-00437-CR

         
12-07-00438-CR

         
12-07-00439-CR

         
12-07-00440-CR

         
12-07-00441-CR

         
12-07-00442-CR

         
12-07-00443-CR

         
12-07-00444-CR

         
12-07-00445-CR

         
12-07-00446-CR

         
12-07-00447-CR

         
12-07-00448-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

RAMON RAMOS,     §                      APPEAL FROM THE 114TH

APPELLANT

 

V.        §                      JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §                      SMITH
COUNTY, TEXAS

                                                                                                                                                           


MEMORANDUM OPINION

PER CURIAM

 








            Appellant
pleaded guilty to the offense of aggravated assault on a public servant, a
first degree felony, in each of fourteen trial court cause numbers (trial court
cause numbers 114-1455-06—114-1467-06). 
The trial court assessed punishment at imprisonment for life in each
cause.  We have received the trial court’s
certification showing that Appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(d).  The
certification is also signed by Appellant and by his counsel.  Accordingly, the appeal is dismissed
for want of jurisdiction.

 

 

Opinion delivered December 5,
2007.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)